


## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4956 | **DATE** | 8/2/2002 |
| **CASE TITLE** | Dorothy J. Thomas vs. The State of Illinois et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff has filed several motions seeking to overturn the denial of her petition for leave to file in forma pauperis. Those motions are denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | AUG 0 6 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 10 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | WAH courtroom deputy's initials | 02 AUG -5 AM 11:42 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOROTHY J. THOMAS,  )
                    )
        Plaintiff,  )
                    )
    vs.             )   No. 02 C 4956
                    )
THE STATE OF ILLINOIS, et al., )
                    )
        Defendants. )

MEMORANDUM OPINION AND ORDER

Plaintiff has filed several motions seeking to overturn the denial of her petition for leave to file *in forma pauperis*. Those motions are denied.

Plaintiff misapprehends what this court did. No judgment has been entered against her respecting the merits of her claims. We have concluded only that her claim of a federal right is too insubstantial to permit her to go forward without paying the filing fee. She can always pay the fee, serve the defendants, await their motion to dismiss, and respond to it, although we think she would not be wise to do so. Perhaps she has a contract claim against the state, but we have no jurisdiction to hear such a claim. Perhaps the granddaughter has a federal claim, but she is of age and would have to pursue any such claim herself. But we continue to believe that the qualified immunity concept bars any claim by plaintiff against officials in their personal capacity and the Eleventh Amendment bars any claim against the state or its agency.

JAMES B. MORAN
Senior Judge, U. S. District Court

Aug. 2, 2002.