# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4956 | **DATE** | 9/5/2002 |
| **CASE TITLE** | Dorothy J. Thomas vs. The State of Illinois et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Opinion and Order. Plaintiff moves for leave to appeal informa pauperis and, by various motions, for reconsideration of this court's prior decisions. Those motions are denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | SEP 0 9 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 16 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 02 SEP -9 PM 3:02 | | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOROTHY J. THOMAS,            )
                              )
            Plaintiff,        )
                              )
      vs.                     )   No. 02 C 4956
                              )
THE STATE OF ILLINOIS, et al.,)
                              )
            Defendants.       )



## MEMORANDUM OPINION AND ORDER

Plaintiff moves for leave to appeal *in forma pauperis* and, by various motions, for reconsideration of this court's prior decisions. Those motions are denied.

If we believe we properly denied leave to proceed *in forma pauperis* before this court, then we should deny the petition to so proceed on appeal. And we believe we properly denied leave. Plaintiff cites Smith v. Organization of Foster Families for Equality & Reform, 431 U.S. 816 (1977), for the proposition that she has a clearly established right to due process. But a majority of the Supreme Court there only assumed, but did not hold, that foster parents in New York had a liberty interest in their status, thus triggering due process rights, and then held that New York afforded adequate due process procedures. The Seventh Circuit in Procopio v. Johnson, 994 F.2d 325 (7th Cir. 1993), held that the Illinois statutes did not create a liberty interest in the foster family relationship, and we are bound by that ruling. Plaintiff may possibly be correct that her biological status as grandmother may create a liberty interest, but that is by no means a clearly established constitutional right. Accordingly, the state actors are shielded from personal liability by the doctrine of qualified immunity, a doctrine recently

recognized in somewhat related circumstances in <u>Doyle v. Camelot Care Centers, Inc.</u>, No. 01-2098 and No. 01-2359, ___ F.3d ___ (7th Cir. 2002).

                                                                                                              /s/ James B. Moran

                                                                                                                JAMES B. MORAN
                                                                                    Senior Judge, U. S. District Court

Sept. 5, 2002.